Margaret Helen Kerr, as Administratrix, etc., of Thomas Nesbit Kerr, Deceased, Respondent, v. St. Luke's Hospital and The Oxygen Therapy

SERVICE, INC., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ. [176 Misc. 610.]